# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

128998

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BARRY LEIGH WHITTAKER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128998
COA: 254012
Oakland CC: 2003-189091-FH

     By order of October 31, 2005, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Mileski* (Docket No. 127457). On order of the Court, the case having been decided on September 15, 2006, 477 Mich ___ (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk